```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 02773
   KEVIN M JOHNSON
                                          CHAPTER 13

                                          JUDGE: JACK B SCHMETTERER

          Debtor
   SSN XXX-XX-8614

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 02/17/2007 and was not confirmed.

     The case was converted to chapter 7 without confirmation 11/28/2007.
--------------------------------------------------------------------------------
CREDITOR NAME            CLASS            CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                           PAID          PAID
--------------------------------------------------------------------------------
CAF                      SECURED                  .00          .00            .00
COUNTRYWIDE HOME LOANS   SECURED NOT I            .00          .00            .00
HSBC MORTGAGE CORP       SECURED NOT I   NOT FILED            .00            .00
MID AMERICA FEDERAL S &  CURRENT MORTG            .00          .00            .00
MID AMERICA FEDERAL S &  MORTGAGE ARRE            .00          .00            .00
MIDAMERICA BANK          CURRENT MORTG            .00          .00            .00
MIDAMERICA BANK          MORTGAGE ARRE            .00          .00            .00
WFS FINANCIAL            SECURED VEHIC     5646.35            .00         900.00
LATISHA WILLIAMS         PRIORITY        NOT FILED            .00            .00
RESURGENT CAPITAL SERVIC UNSECURED         11539.41            .00            .00
B-REAL LLC               UNSECURED          3485.09            .00            .00
CITY OF CHICAGO PARKING  UNSECURED       NOT FILED            .00            .00
ECAST SETTLEMENT CORP    UNSECURED          3291.22            .00            .00
METRO CREDIT UNION       UNSECURED          2680.31            .00            .00
PEOPLES GAS & LIGHT      UNSECURED           323.68            .00            .00
WEST ASSET MANAGEMENT    UNSECURED       NOT FILED            .00            .00
ANDRIANNE TAYLOR         NOTICE ONLY     NOT FILED            .00            .00
BANK OF NEW YORK         NOTICE ONLY     NOT FILED            .00            .00
COUNTRYWIDE HOME LOANS   SECURED NOT I            .00          .00            .00
MIDAMERICA FEDERAL SAVIN NOTICE ONLY     NOT FILED            .00            .00
ROBERT J SEMRAD & ASSOC  DEBTOR ATTY       1,934.00                      1,889.30
TOM VAUGHN               TRUSTEE                                           191.30
DEBTOR REFUND            REFUND                                            175.35

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                    RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE             3,155.95

PRIORITY                                          .00
SECURED                                        900.00
UNSECURED                                         .00
ADMINISTRATIVE                               1,889.30
TRUSTEE COMPENSATION                           191.30

                  PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 07 B 02773 KEVIN M JOHNSON
```

```
DEBTOR REFUND                                                       175.35
                                        ---------------     ---------------
TOTALS                                         3,155.95            3,155.95
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


|  |  |
|---|---|
| Dated: 02/27/08 | /s/ Tom Vaughn<br>_____<br>TOM VAUGHN<br>CHAPTER 13 TRUSTEE |